IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM BROWN     PLAINTIFF

vs.     NO. 4:19CV00171 SWW

TONYA MAE PARKER, Sergeant,     DEFENDANTS
Saline County Detention Center; *et al.*

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against the Saline County Detention Center are DISMISSED without prejudice.

2. Plaintiff's official capacity claims and claims against the City of Benton are DISMISSED without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 9th day of May, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE